# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

LINDA HILDRETH,                                 Civil No. 08-0029 (JRT/FLN)

                Plaintiff,

v.                                             **ORDER OF DISMISSAL**

AMERICAN RED CROSS OF THE
TWIN CITIES AREA AND THE
AMERICAN NATIONAL RED CROSS,

                Defendants.

_____

Andrea Ostapowich and Beth Bertelson, **BERTELSON LAW OFFICES, PA**, 333 Washington Avenue North, Suite 402, Minneapolis, MN 55401, for plaintiff.

Jodie Friedman, Rhiannon Beckendorf, and Shirley Lerner, **LITTLER MENDELSON, PC**, 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for ninety days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: April 23, 2009
at Minneapolis, Minnesota.                               _____s/John R. Tunheim_____
                                                                        JOHN R. TUNHEIM
                                                             United States District Judge